IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN MILLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:13-cv-0032 |
| TEXOMA MEDICAL CENTER, INC. | § | |
| and UNIVERSAL HEALTH | § | |
| SERVICES, INC. | § | Jury Demanded |
| | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff discloses the following parties who have an interest in the outcome of this litigation:

**PLAINTIFFS**

1.  Kevin Miller

2.  *Plaintiffs' Counsel*
    J. Derek Braziel; Lee & Braziel, LLP
    Meredith Mathews; Lee & Braziel, LLP

**DEFENDANTS**

1.  Texoma Medical Center, Inc.

2.  Universal Health Services, Inc.

3.  Defendants' Counsel

4.  All persons and entities listed on Defendants' Certificate of Interested Parties

Respectfully submitted,

  /s/ *J. Derek Braziel*
**J. DEREK BRAZIEL**
*Attorney in Charge*
Texas Bar No. 00793380
**MEREDITH MATHEWS**
Texas Bar No. 24055180
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document will be served on Defendants with Plaintiff's Original Complaint and Summons.

    /s/ *J. Derek Braziel*
**J. Derek Braziel**