IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN MILLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:13CV32 |
| | § | |
| TEXOMA MEDICAL CENTER, INC. | § | |
| and UNIVERSAL HEALTH | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED** with prejudice, and Plaintiff shall take nothing by his claims.

This matter shall be closed on the Court's docket, and Defendant is awarded its costs herein.

**SO ORDERED.**

SIGNED this 21st day of September, 2015.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE