IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN MILLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:13-cv-32 |
| TEXOMA MEDICAL CENTER, INC. | § | |
| | § | |
| Defendant. | § | Jury Demanded |
| | § | |
| | § | |
| | § | |

## NOTICE OF APPEAL

Plaintiff Kevin Miller files this Notice appealing to the United States Court of Appeals for the Fifth Circuit from the United States District Court of the Eastern District of Texas, Sherman, Division the following: the District Court's Order Granting Defendant's Motion for Summary Judgment on September 21, 2015 [Doc. No. 41] in the referenced action and the District Court's Final Judgment on September 21, 2015 [Doc. No. 42] in the referenced action.

Respectfully Submitted,

/s/ J. Derek Braziel
J. Derek Braziel
Texas Bar No. 00793380
J. Forester
Texas Bar No. 24087532
**LEE & BRAZIEL, LLP**
1801 N. Lamar St., Suite 325
Dallas, Texas 75202
Phone: 214.749.1400
Fax:    214.749.1010

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was delivered by on the following:

**Counsel for Defendant**
Kimberly R. Miers (Attorney-in-Charge)
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas  75201.2931
214.880.8100 (Telephone)
214.880.0181 (Telecopier)
kmiers@littler.com
awondwessen@littler.com


**ON THE 21st DAY OF OCTOBER, 2015.**


           /s/ J. Derek Braziel
           **J. DEREK BRAZIEL**