# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 04, 2016

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 15-41434   Kevin Miller v. Texoma Medical Center, Inc.
                        USDC No. 4:13-CV-32

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Amanda Sutton-Foy, Deputy Clerk
                        504-310-7670

cc w/encl:
    Mr. Jimmy Derek Braziel
    Ms. Kimberly Rives Miers

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-41434
_____

KEVIN MILLER,

    Plaintiff - Appellant

v.

TEXOMA MEDICAL CENTER, INCORPORATED,

    Defendant - Appellee

_____

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

_____

**A True Copy**
**Certified order issued Jan 04, 2016**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 4, 2016, for want of prosecution. The appellant failed to timely appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Amanda Sutton-Foy*

By: _____
Amanda Sutton-Foy, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT